NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**APPLE INC.,**
*Appellant*

**v.**

**SMART MOBILE TECHNOLOGIES LLC,**
*Appellee*

---

2024-1623

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-01004.

-------------------------------------------------

**SAMSUNG ELECTRONICS CO., LTD.,**
*Appellant*

**v.**

**SMART MOBILE TECHNOLOGIES LLC,**
*Appellee*

---

2024-1654

---

2          APPLE INC. v. SMART MOBILE TECHNOLOGIES LLC

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-01004.

———————————

## ON MOTION

———————————

## O R D E R

Upon consideration of Samsung Electronics Co., Ltd.'s unopposed motion to deconsolidate the above-captioned appeals and dismiss its appeal, Appeal No. 2024-1654, with each party to bear its own costs, and Apple Inc.'s unopposed motion for a seven-day extension, until August 29, 2024, to file its opening brief,

IT IS ORDERED THAT:

(1) The motions are granted. Appeal No. 2024-1654 is dismissed. The official caption for the remaining appeal, Appeal No. 2024-1623, is revised as reflected in this order.

(2) Each side shall bear its own costs in Appeal No. 2024-1654.

(3) Apple Inc.'s opening brief in Appeal No. 2024-1623 is due no later than August 29, 2024.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

August 13, 2024
    Date

ISSUED AS A MANDATE (as to 2024-1654 only):
August 13, 2024